IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| E.K.D., by her next friend Melissa K. Dawes, and C.M.D., by his next friend Jennifer E. DeYong, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No: 3:11-cv-00461-GPM-SCW<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION FOR MORE DEFINITE STATEMENT, PURSUANT TO F.R.C.P. 12(E) OR FOR DISMISSAL PURSUANT TO F.R.C.P. 12(B)(1) AND 12(B)(6)**

Defendant Facebook, Inc. ("Facebook") hereby moves pursuant to Rule 12(e) of the Federal Rules of Civil Procedure to compel Plaintiffs to make a more definite statement of the claims articulated in their Complaint, filed in this Court on June 1, 2011.

In the alternative, Facebook requests that the Court dismiss this action in its entirety on the ground that Plaintiffs lack Article III standing, pursuant to Rule 12(b)(1), or because Plaintiffs' Complaint fails to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6). Facebook respectfully submits that the Complaint should be dismissed with prejudice.

This Motion is based on the concurrently-filed Memorandum of Law in support of Motion for More Definite Statement or Dismissal, the Declaration of Matthew D. Brown in support thereof, and the Motion for Judicial Notice in support thereof.

Facebook also requests that the Court hear oral argument on its Motion.

Date: August 1, 2011

Respectfully submitted,

/s/ Matthew D. Brown
Matthew D. Brown (*admitted pro hac vice*)
Jeffrey M. Gutkin (*admitted pro hac vice*)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Phone:  (415) 693-2000
Fax:  (415) 693-2222
brownmd@cooley.com
jgutkin@cooley.com

Charles Swartwout
BOYLE BRASHER LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223
Telephone: 618-277-9000
cswartwout@boylebrasher.com

Attorneys for Defendant Facebook, Inc.

## Certificate of Service

I hereby certify that on August 1, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to the following:

**Attorneys for Plaintiffs**
Aaron M. Zigler
Steven A. Katz
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
azigler@koreintillery.com
skatz@koreintillery.com

Respectfully submitted,

/s/ Matthew D. Brown
Matthew D. Brown (*admitted pro hac vice*)
Jeffrey M. Gutkin (*admitted pro hac vice*)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222
brownmd@cooley.com
jgutkin@cooley.com

Charles Swartwout
BOYLE BRASHER LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223
Telephone: 618-277-9000
cswartwout@boylebrasher.com

Attorneys for Defendant Facebook, Inc.

3