COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E.K.D., et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 12-CV-01216-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS AND OTHER PENDING MOTIONS** |

This Stipulation is entered into by and between Plaintiff C.M.D. ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") by and through their respective counsel. The Parties have met and conferred regarding the Court's March 26, 2012 Order Re: Motion to Dismiss, and have agreed to adopt the Court's first proposal concerning Plaintiff's complaint and Facebook's response to the complaint.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

**1.** Facebook's pending Motion for More Definite Statement or Dismissal and Motion for Judicial Notice (Dkt. Nos. 12, 15), filed August 1, 2011, are withdrawn without prejudice;

**2.** Facebook stipulates that Plaintiff may amend the original complaint (Dkt. No. 2), filed June 1, 2011;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. AND [PROPOSED] ORDER RE MOT. TO
DISMISS & OTHER PENDING MOTIONS
CASE NO. 12-CV-01216-LHK

3. Plaintiff will file an amended complaint on or before April 20, 2012;

4. Facebook will file its response to Plaintiff's amended complaint on or before May 21, 2012; and

5. Plaintiff's pending Motion to Intervene (Dkt. No. 90), filed March 2, 2012, and Plaintiff's Motion for Protective Order (Dkt. No. 92), filed March 7, 2012, are withdrawn without prejudice.

Dated: March 27, 2012                COOLEY LLP

    /s/ Matthew D. Brown
    Matthew D. Brown
    Attorneys for Defendant FACEBOOK, INC.


Dated: March 27, 2012                KOREIN TILLERY, LLC

    /s/ Aaron M. Zigler
    Aaron M. Zigler
    Attorneys for Plaintiff C.M.D. by his next friend,
    Jennifer E. DeYong, individually and on behalf of
    all others similarly situated

### [PROPOSED] ORDER

The Parties' STIPULATION REGARDING MOTION TO DISMISS AND OTHER PENDING MOTIONS is hereby approved.

In light of the parties' stipulation that Plaintiff will file an amended complaint by April 20, 2012, Plaintiff's Preliminary Motion for Class Certification (ECF No. 51) is denied without prejudice as moot.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 27, 2012                _/s/ Lucy H. Koh_
    HON. LUCY H. KOH
    UNITED STATES DISTRICT JUDGE