COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.M.D., by his next friend Jennifer E. DeYong, T.A.B. by her next friend Patricia A. Isaak, H.E.W. & B.A.W., by their next friend Jami A. Lemons, and A.D.Y. & R.P.Y., by their next friend Robert L. Young, Jr., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 12-CV-01216-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**<br><br>Date:        September 27, 2012<br>Time:       1:30 p.m.<br>Courtroom:  8<br>Judge:      Hon. Lucy H. Koh<br>Trial Date:  None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 12-CV-01216-LHK

**STIPULATION**

This Stipulation is entered into by and between Plaintiffs and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") by and through their respective counsel:

WHEREAS Plaintiffs filed their First Amended Complaint on April 20, 2012 (Dkt. No. 107);

WHEREAS Facebook filed its Motion to Dismiss First Amended Complaint ("Motion to Dismiss") on May 21, 2012, which is noticed for hearing for September 27, 2012 (Dkt. No. 109);

WHEREAS under the Civil Local Rules for the Northern District of California, Plaintiffs' opposition is due on June 4, 2012, and Facebook's reply is due on June 11, 2012; and

WHEREAS, in light of the hearing date, the Parties agree that a modest extension of these deadlines would be reasonable, and can be accomplished without affecting the hearing date or any other deadlines in the case;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to approval and entry of an order by the Court:

1. Plaintiffs shall file their opposition to Facebook's Motion to Dismiss on or before June 14, 2012;

2. Facebook shall file its reply in support of the Motion to Dismiss on or before June 29, 2012;

3. All other dates and deadlines, including the scheduled hearing date for the Motion to Dismiss, remain as set.

Dated: May 30, 2012                    COOLEY LLP

                                       */s/ Matthew D. Brown*
                                       Matthew D. Brown
                                       Attorneys for Defendant FACEBOOK, INC.


Dated: May 30, 2012                    KOREIN TILLERY, LLC

                                       */s/ Aaron M. Zigler*
                                       Aaron M. Zigler
                                       Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. & [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 12-CV-01216-LHK

**[Proposed] Order**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May   31  , 2012

_____
Hon. Lucy H. Koh

**ATTESTATION
(GENERAL ORDER 45)**

I, Matthew D. Brown, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

/s/ Matthew D. Brown
Matthew D. Brown

1271449/SF

Cooley LLP
Attorneys At Law
San Francisco

3.

STIP. & [Proposed] Order
Regarding Briefing Schedule
Case No. 12-cv-01216-LHK