United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.M.D. et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No.: 12-CV-01216-LHK<br><br>ORDER REFERRING CASE FOR REASSIGNMENT TO DISTRICT JUDGE RICHARD SEEBORG |

On March 21, 2012, the Court granted Facebook's motion to relate this action to *Fraley v. Facebook*, No. 11-cv-01726-LHK ("*Fraley*"). *See* ECF No. 104. On July 11, 2012, the Court filed an order recusing itself from *Fraley*, but not from this action. *See Fraley v. Facebook*, No. 11-cv-01726-LHK, ECF Nos. 209, 210. *Fraley* was reassigned to the Honorable Richard Seeborg on July 12, 2012. Accordingly, because this action is related to *Fraley*, the Court refers this action for reassignment to Judge Seeborg as well. All pending deadlines in this action, including the July 25, 2012 case management conference, are vacated.

**IT IS SO ORDERED.**

Dated: July 19, 2012

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-01216-LHK
ORDER REFERRING CASE FOR REASSIGNMENT