IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.M.D, etc., et al. | No. C 12-1216 RS |
| Plaintiffs, | |
| v. | **ORDER RE POTENTIAL STAY OF PROCEEDINGS** |
| FACEBOOK, INC., | |
| Defendant. | |
| _____/ | |

Subsequent to the time the pending motion to dismiss in this action was taken under submission, an order issued preliminarily approving a settlement in *Fraley v. Facebook,* C 11-01726 RS. In connection with seeking leave to intervene in *Fraley*, plaintiffs represented that a prior version of a settlement agreement in *Fraley* would, if approved and consummated, "wipe out all" of the claims in this action. Plaintiffs now contend that the scope of the proposed release in *Fraley* is unclear, and they object to Facebook's suggestion that this action be stayed pending the final approval hearing in *Fraley*.

While the propriety of final approval of the *Fraley* settlement is yet to be determined, there is a substantial likelihood that further proceedings in that matter will have an impact here. Even assuming the *Fraley* settlement, if approved, would not entirely dispose of this action, it conceivably will narrow the claims these plaintiffs here can pursue, thereby requiring further amendment of the

complaint. At a minimum, it appears likely that further briefing regarding the impact of *Fraley* on the claims here may become necessary.

Plaintiffs understandably complain that Facebook has not formally moved for a stay in this action and should not be able to obtain one merely by proposing it in a Case Management Conference Statement. Nevertheless, proceeding with a fully-noticed stay motion at this juncture would not serve judicial efficiency. Accordingly, within 20 days of the date of this order, plaintiffs may file a brief setting forth any arguments they may have as to why this action should not be stayed pending a ruling on final settlement approval in *Fraley*, and/or any alternative proposals for addressing the potential effect of the *Fraley* proceedings on the pending motion to dismiss and the balance of this litigation. Within seven days thereafter, Facebook may file a response. The Case Management Conference set for December 20, 2012 is continued to February 14, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 14, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2