IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C.M.D., et al.,

        Plaintiffs,

v.

FACEBOOK, INC.,

        Defendant.

No. C 12-1216 RS

**ORDER RE REQUEST FOR LEAVE TO SEEK RECONSIDERATION OF STAY ORDER**

Plaintiffs request leave to seek reconsideration of the temporary stay entered herein, on grounds that, contrary to a statement in the stay order, they are not participating as objectors in *Fraley v. Facebook*, C 11-01726 RS, and have instead excluded themselves from that class. Although that statement in the prior order was erroneous, no change in result is warranted, as the other reasons for awaiting the disposition of the settlement approval process in *Fraley* remain compelling. Additionally, while these particular plaintiffs are not participating as objectors, the positions they previously advocated when seeking to intervene here to oppose preliminary approval, are being vigorously advanced by other objectors, including some represented by the same counsel. Accordingly, while reconsideration has effectively been granted in that the factual error pointed out by plaintiffs has been taken into account, no change in the prior ruling will be made.

IT IS SO ORDERED.

Dated: 6/19/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE