UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.M.D., et al., | Case No. 12-CV-01216-RS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** |
| FACEBOOK, INC., | |
| Defendant. | |

On September 9, 2013, Squitieri & Fearon, LLP, counsel for Plaintiffs move to withdraw the appearance of Garry T. Stevens Jr., a former attorney at the firm.

The motion is hereby GRANTED. Mr. Stevens will be deleted from the Service List. Squitieri & Fearon, LLP remains as counsel for Plaintiffs.

Dated: 9/12/13

_____
United States District Judge