facebook.

# Facebook Ads & Sponsored Stories

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.



# The Facebook Mission

Give people the power to share and make the world more open and connected

**facebook**

# Introduction

At Facebook, everything we do is about making the world more open and connected. We think this has a profound impact on the way people communicate.  We strive to find authentic ways for people to connect with one another as well as with businesses, brands and institutions they care about. These principles guide us when developing our tools and products for business. Our marketing products are constructed to help people discover your brand through recommendations from their friends. Facebook Ads and Sponsored Stories allow you to leverage the relationships you have built with people to create word-of-mouth at scale.

In this guide, you'll find an overview of these products, including production guidelines and policies.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

## Premium Ads

Overview of Premium Locations and Ads **5**

Like Ads **7**

Poll Ads **9**

Event Ads **11**

Sampling Ads **13**

Video Comment Ads **16**

Standard Ads **18**

**Marketplace Ads** **19**

**Sponsored Stories** **20**

**Video Specifications** **23**

**General Advertising Guidelines** **24**

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

**facebook.**

# Premium Inventory

## Premium Locations

Premium Ads run on the most valuable pages on Facebook in terms of engagement, time spent and quality, such as the Home Page and Profile pages.

The Home Page includes the News Feed, which shows everything a user's friends and other connections are sharing.

Profile pages are another high engagement location that rival the home page in terms of quality and time spent.

## Premium Ads

Facebook provides marketers the chance to advertise their products and brands in premium locations.

Premium Ads enable users to interact with your ad by taking simple social actions, for example: Liking your Page, responding to a poll, RSVPing to your event or requesting a sample of your product. Users can take these actions without ever leaving Facebook.

Once a user has interacted with a Premium Ad, information about this interaction is displayed in your ad. Ads featuring the endorsement of trusted friends or "ads with friends" are more relevant and engaging for your audience.

## Key features of premium ads on Facebook:

- 6 ad types
- demographic targeting
- guaranteed delivery
- highest share of voice on the page
- highest share of voice on the most highly trafficked  pages on Facebook

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

facebook.

# Example of Premium Ad on Home Page





© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

**facebook.**



# Premium Like Ad

Premium Like Ads drive user engagement by letting Facebook users see how many of their friends have already liked your brand.

A recent Nielsen study shows that there is a 68% increase in ad recall and a 2x increase in message awareness when users see a friend's name associated with an ad.*

The Premium Like Ad can have news stories about friends associated with it. When users see that their friends have liked a brand or product, it increases their own trust in that brand and the likelihood that they, too, will engage with the ad unit. If none of the user's friends currently like the brand, the ad displays the total number of people who like the brand among the Facebook community. This is another way of providing trust and validation.







* "Advertising Effectiveness: Understanding the value of a Social Media Impression."

April 2010, The Nielsen Company.

** The option to like the News Feed or Profile story does not appear if the user already likes the brand.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Product Specifications

Like Ad Production Guidelines

**Title (25 characters)**
Links to Page on Facebook
Title should match the name of Page

**Image or Video Thumbnail**
(110x80 px)
Links to Page on Facebook

**Like**
# people like [your brand]



**Ben & Jerry's**

Every flavor creation is a tongue-teasing treat. So what are you waiting for? Grab your favorite pint and fill your life with yum!



1,749,031 people like Ben & Jerry's.

Like

**Body Copy**
(135 characters)

---

**Creative Requirements**
• Body Copy
• Image or video
• Facebook Page

**Like Ad Unit**
**Total size:**
240 px wide (variable height)

**Like + Video Ad Unit**
**Total size:**
240 px wide (variable height)

**Requirements**
**Text:**
Title—25 character maximum
Body copy— 135 character maximum

**Link:**
Title and image must link to the relevant Brand Page

**Image:**
110x80 px, 4k RGB .jpg

**Page:**
Client must have a live, published Page

Please refer to video specifications and submission guidelines (p 23)
Adheres to Facebook General Advertising Guidelines (p 24-29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.



**facebook.**

# Premium Poll Ad

Premium Poll Ads encourage interaction with your brand by asking a question and letting people instantly see the results.

1. This ad unit asks a question and offers two or three responses.

2. When a user selects their response, the poll results reveal the answers of all Facebook users who have already answered the poll.

3. The user can also click on a link to see how their friends voted and/or like the brand.*

Premium Poll Ads generate wall stories on the poll's brand page, which can publish into the News Feeds of people who have liked the brand.

**1.**



**2.**

**3.**



* Text will state "You like [brand]" if the user already likes the brand.
** User must be someone who likes the brand to see the Poll published into their Feed.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Product Specifications

## Poll Ad Production Guidelines

**Title** (25 characters)
Links to Page on Facebook
or client specified URL

**Image or Video Thumbnail**
(110x80 px)
Links to Page on Facebook
or client specified URL

**Question** (40 characters)

**Responses** (25 characters)
2 or 3 choices

**Body Copy**
(135 characters)



---

### Creative Requirements
• Title
• Body Copy
• Image or video
• Facebook Page
• Question
• 2-3 response options

---

### Poll Ad Unit
**Total size:**
240 px wide (variable height)

### Poll + Video Ad Unit
**Total size:**
240 px wide (variable height)

### Requirements
**Text:** Title—25 character maximum
Body copy—135 character maximum
Question—40 character maximum.
Must be an actual question.
Responses—25 character maximum
for each of the 2 or 3 choices

Note: no comparative/competitive
claims can be made in the creative

**Image:** 110x80 px, 4K RGB .jpg
(must submit thumbnail image
with video)

**Link:** Title and image will link
to client specified URL

**Page:** Client must have a live,
published Page

Please refer to video specifications
and submission guidelines (p 23)

Adheres to Facebook General
Advertising Guidelines (p 24–29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **Premium Event Ad**

Invite people to RSVP to an event and let them spread the word on your behalf.

1. This ad unit lets users invite users to events on Facebook before or during the dates of the event.

2. Once a user responds, the ad expands to allow the user to invite their friends to the event. The act of RSVPing to the event is public and may appear in friends' News Feeds.

3. Users are also given the option to write custom messages to friends they are inviting to the event and like the Page.*

**1.**



**3.**



* Text will state "You like [brand]" if the user already likes the brand.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Product Specifications

## Event Ad Production Guidelines

**Event Name** (25 characters)
Links to Page on Facebook

Title should match title of event ⟶

**Image or Video Thumbnail**
(110x80 px) Links to Event on Facebook ⟶

**Date** ⟶

**Location** (28 characters) ⟶



**Body Copy**
(135 characters) ⟵

---

**Creative Requirements**
- Body Copy
- Image or video
- Facebook Event
- Event date
- Event location
- RSVP

**Event Ad Unit**
**Total size:**
240 px wide (variable height)

**Event + Video Ad Unit**
**Total size:**
240 px wide (variable height)

**Requirements**
**Text:** Title—25 character maximum
Body copy—135 character maximum

**Image:** 110x80 px, 4K RGB .jpg (must submit thumbnail image with video)

**Link:**
Title and image must link to Event
Title should match the title of the linked Event

Thumbnail image should materially represent the linked Event

**Event:** Client Page must host and publish a live Event to run an Event ad

**Date:** Must be a specific date and start time

**Location:** Must be a specific location (physical or website address) 28 character maximum

**Page:** Client must have a live, published Page

Please refer to video specifications and submission guidelines (p 23)

Adheres to Facebook General Advertising Guidelines (p 24–29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.



# Premium Sampling Ad*

Get free samples of your product into
the hands of prospective customers.

1. Sampling Ads offer a strong, rich brand
   experience and a clear call to action.

2. When a user clicks on a Sampling Ad,
   they are shown an inline dialog box page
   that lets them select a product type and
   confirm their shipping information. With-
   in the dialog, the user selects a product
   flavor or type and then completes their
   shipping information to receive their
   free sample.

**1.**



**2.**



© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

13



# Product Specifications

Sampling Ad Production Guidelines (PRE CLICK)

**Title**
(25 characters)

**Image or Video Thumbnail**
(110x80 px)

**Product**
 (28 characters)



**Free Marmite Cereal Bar**

Try the world's first savory cereal for free.

Get a free Marmite bar

Chrissi Southgate and John Ndege requested the sample.

**Body Copy**
(135 characters)

---

**Creative Requirements**
• Title
• Body Copy
• Image or video

**Sampling Ad Unit**
**Total size:**
240 px wide (variable height)

**Sampling + Video Ad Unit**
**Total size:**
240 px wide (variable height)

**Requirements**
**Text:** Title—25 character maximum
Body copy—135 character maximum
Product—25 character maximum

**Image:** 110x80 px, 4K RGB .jpg (must submit thumbnail image with video)

**Link:**
Title and image will link to client specified URL

Please refer to video specifications and submission guidelines (p 23)

Adheres to Facebook General Advertising Guidelines (p 24–29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

**facebook.**



# Product Specifications

Sampling Ad Production Guidelines (POST CLICK,
INLINE DIALOG BOX) (continued from previous page)

**Headline**
(25 characters)

**Image or Video Thumbnail**
(110x80 px)

**Product**
(28 characters)

**Body Copy**
(135 characters)

**Creative Requirements**
- Title
- Headline
- Body copy
- Flavors (interstitial)
- Image or video
- Shipping Address
- Link

**Sampling Interstitial**
**Total size:**
445 px wide (variable height)

**Requirements**
**Text:**
Headline—25 character maximum
Body copy—135 character maximum

**Image:**
110x80 px, 4K RGB .jpg

**Flavor:**
1-5 options; 20 character max each

**Link:**
Title and image will link to client
specified URL

Shipping field only accepts
addresses in US, UK, France,
Canada and Australia. No
address validation provided
outside of the US

Adheres to Facebook General
Advertising Guidelines (p 24-29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Premium Video Comment Ad

**Share a compelling video about your brand and watch what people have to say.**

This ad unit allows users to leave inline coments for your video without leaving the page. Additionally, users can like the video and your Page inline, without interrupting the video. Users can also share your video.

Comments made by a user's friends are seen below the ad, increasing their trust and propensity to engage with the ad. The act of commenting or liking is public and may appear on friends' News Feeds.

**1.**

Click thumbnail to play video



**3.**

At the end of the video, the user can go to the brand's Page or share the video with friends



**2.**

Video plays in the center of the user's screen, and the background is darkened. The user can like the brand as the video plays, increasing the chances the video will surface in their friends' News Feeds.



**4.**

The user can comment on the video and the user's friends will see the comment when they are served the ad.



© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Product Specifications

## Video Comment Ad Production Guidelines

**Title** (25 characters)
Links to Page on Facebook
or client specified URL

**Video Thumbnail** (110x80 px)



**Body Copy**
(135 characters)

---

### Creative Requirements
- Body copy
- Video
- Thumbnail
- Facebook Page

### Comment + Video Ad Unit
**Total size:**
240 px wide (variable height)

### Requirements
**Text:** Title—25 character maximum
must be name of video on Page
Body copy—135 character maximum

**Thumbnail of video:**
110x80px, 4K RGB .jpg

**Link:**
Title and image will link to client
specified URL

**Page:**
Client must have a live,
published Page

Please refer to video specifications
and submission guidelines (p 23)

Adheres to Facebook General
Advertising Guidelines (p 24-29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **Standard Premium Ad Specifications**

Standard Premium Ads do not have inline actions and do not generate organic stories anywhere on the site as Premium Ads with engagement do. These ads link off Facebook.



**Image Ad Unit**
**Total size:** 240 px wide (variable height)

**Image + Video Ad Unit**
**Total size:** 240 px wide (variable height)
• height of ad unit expands

**Requirements**
**Text:** Title—25 character maximum
Body copy—135 character maximum

**Image:** 110x80 px, 4K RGB.jpg (must submit thumbnail image with video)

**Link:** Title and image will link to client specified URL

**Page:** Client must have a live, published Page to host video for ad unit (if applicable)

Please refer to video specifications and submission guidelines (p 23)

Adheres to Facebook General Advertising Guidelines (p 24–29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 **facebook.**

# Marketplace Ad Specifications

Marketplace Ads appear in the right-hand column of the site.

Marketplace Like and Event Ads allow users to engage with ads in the same way they interact with other content on Facebook without leaving the page they're viewing. Actions taken within the ad can generate organic stories on friends' home pages.

**Key features of marketplace ads on Facebook:**
- 4 ad types
- demographic targeting
- primarily drives action



**Marketplace Standard Ad**

**Harley Farms Goat Dairy**
Harley Farms is a restored 1910 dairy farm in Pescadero. Come visit us and try our award winning goat cheeses!

**Marketplace Event Ad**

**Nissan LEAF Zero Emissions Tour**
Join the Nissan LEAF™ Zero Emission Tour. See the unveiling of this revolutionary 100% electric car in Los Angeles. RSVO now.
RSVP · Meg Sloan is attending.

**Marketplace Like Ad**

**Seltzer Sisters**
Are you looking for a fun and refreshing alternative to soda? Check out Seltzer Sisters home delivery!
Like · Hugo Angelmar likes this.

**Marketplace Application Ad**

**Small Office Search**
Small Office Search allows people to show their office space to people who are looking for an office.
Guy Scavone and Jim Renaud used this.

## Image Ad Unit
**Total size:**
150X300 px max Height will vary depending on length of body text.

## Requirements
**Text:**
Title—25 character maximum
*For Marketplace Like and Event Ads, the title must be the name of the Page or Event, up to 35 characters. Pages/Events with longer names are cut off at 32 characters and an ellipsis is added at the end.
Body text—135 character maximum

**Image:** 110x80 px, 4K RGB .jpg

## Creative Requirements
- Title
- Body copy
- Image
- Link

**Link:** Marketplace Standard Ads link to client specified URL. Marketplace Event Ads link to Event. Marketplace Like Ads link to Pages. Marketplace Application Ads link to the application that is being promoted

No 3rd party view through tracking

Adheres to Facebook General Advertising Guidelines (p 24–29)

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

Case3:12-cv-01216-RS Document156-1 Filed10/15/13 Page20 of 29

# Sponsored Stories

The best form of recommendation is one you get from a friend. Sponsored Stories allow you to surface word-of-mouth recommendations about your brand that exist organically in the Facebook News Feed. Sponsored Stories are different from ads, and including them in your Facebook Premium Ad campaign amplifies the actions your target audience takes with your Premium Ads during a Target Block or Sustained Media. Like Premium Ads, Sponsored Stories for Premium are the only piece of sponsored content on the Page. Sponsored Stories are also available to run in Marketplace locations, alongside other Marketplace ads.

**facebook.**



# Sponsored Stories

**Page Likes:**

**Page Name Thumbnail**

50x50px (same as thumbnail managed by Page; aspect ratio is preserved)



**Page Name**

Full name of Page is preserved (up to 70 characters)

**Creative Requirements**

None

**Total size:**

240 px wide (variable height)

**Audience:**

Only friends of the person(s) in the Sponsored Story

**Links:**

Friends' photo and names go to friends' profiles, Page photo and Page name go to Page (Page admin specifies which tab non-fans land), "Like" makes you a fan of the Page, inline

**Application interactions:**

**Application Name:**

Full title of application story is preserved (up to 70 characters)



**Comment by friend**

(if applicable): 100 character maximum (followed by ellipses)

**Application Image Thumbnail**

50x50 px high (same as thumbnail managed by Application; aspect ratio is preserved)

**Creative Requirements**

• None

**Total size of Sponsored Story:**

240 px wide (variable height)

**Audience:**

Only friends of the person(s) in the Sponsored Story

**Links:**

Friends' photo and names go to friends' profiles, App image and App name go to canvas App Page, action link (Get Tickets) takes you to a specific place in the canvas App Page that is designated by the App developer, Comment and Like tags take you to the permalink for the News Feed story

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.



**facebook.**

# Sponsored Stories

## Place Check-ins:

### Place Name:
Full name of Place is preserved (up to 70 characters)

### Application Image Thumbnail:
50px wide, 50px high (same as thumbnail managed by Place Page; aspect ratio is preserved)

### Total size of Sponsored Story:
240px wide, variable height



### Audience:
Only friends of the person(s) in the Sponsored Story

### Comment by friend
(if applicable): 100 character maximum (followed by ellipses)

### Links:
Friends' photo and names go to friends' profiles, Place photo and Place name go to parent Page (Page admin specifies which tab non-fans land), Comment and Like tags take you to the permalink for the News Feed story, where you can comment and/or Like the story as well.

### Creative Requirements
None

## Page posts:

### Page Name
Full name of Page is preserved (up to 70 characters)

If Page post is an image alone: max dimensions of 90px wide, 90px high (aspect ratio is preserved); 70 character maximum for photo title

If Page post is an image with comment: 50px wide, 50px high (aspect ratio is preserved); 70 character maximum for photo title; 100 character maximum (followed by ellipses)

If Page post is a video alone: 90px wide, 90px high (aspect ratio is preserved); 70 character maximum for video title

If Page post is a video with comment: 50px wide, 50px high (aspect ratio is preserved); 70 character maximum for video title; 100 character maximum (followed by ellipses) for comment

If Page post is a status update: 100 character maximum (followed by ellipses)



### Total size:
240 px wide (variable height)

### Audience:
All of the people who have liked your Page

### Links:
Page photo and Page name go to Page (Page admin specifies which tab non-fans land); Page post attachment, comment and Like tags take you to the permalink for the News Feed story, where you can comment and/or Like the story as well. Share allows you to share the Page post on your profile or send as a message to a friend.

### Creative Requirements
None

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

 facebook.

# Video Specifications

Facebook supports high definition video and audio up to 1 GB in size. Your video will be automatically re-sized to fit the appropriate dimensions of the player and bandwidth of the user.

**File hosting:**
Client must have a live Page to host the video being played in the ad unit

**File transfer:**
Upload video file directly to client Page

**Length:**
3 minute maximum

**File size:**
As close to 1 GB as possible, without exceeding 1 GB

**Sound:**
All videos submitted must have audio

**Frame rate:**
24fps - 30fps

**Resolution:**
Standard recommended resolution is 1280 x 720 pixels. Height can vary, but we highly recommend 1280 px width.

Facebook requires that all video be submitted in high definition.

*If playing HD in ad unit, the width of the video may be no less than 1280 px, and the video must not be letterboxed. Recommended: 2-channel stereo audio at 44.1Khz sample rate.



Video player launches 400 px wide in center of screen for all video plays from Premium ads, Standard ads and News Feed stories

**Movie Trailers:**
Trailers featured in ad unit must be green band trailers, approved for all audiences and meet Facebook Advertising Guidelines. Red band trailers can be posted to client's Facebook Page, but not used within the ad unit.

**Acceptable Formats:**

| | |
|---|---|
| .mpe (MPEG Video) | .mp4 (MPEG-4 Video) |
| .mpeg (MPEG Video) | .flv (Flash Video) |
| .mpeg4 (MPEG-4 Video) | .3g2 (Mobile Video) |
| .nsv (Nullsoft Video) | .3gp (Mobile Video) |
| .ogm (Ogg Format) | .3gpp (Mobile Video) |
| .qt (QuickTime Movie) | .asf (Windows Media Video) |
| .vob (DVD Video) | .avi (AVI Video) |
| .wmv (Windows Media Video | .m4v (MPEG-4 Video) |
| .mov (QuickTime Movie) | .mkv (Matroska Format) |

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

facebook.

# Advertising Guidelines

At Facebook, we believe that every part of our site, including the ads, should contribute to and be consistent with the overall user experience. Thus, we are committed to protecting our user experience by keeping the site clean, consistent, and free from misleading advertising. We believe that we can help transform existing advertising into messages that are highly relevant to every person on Facebook. We want people to discover and share products and services they care about.

The following guidelines apply to all ads appearing on Facebook, including ads within canvas pages of Facebook Platform applications. In addition, all advertising on Facebook must comply with the Privacy Policy and Statement of Rights and Responsibilities. Advertising appearing within applications on Facebook Platform must comply with all additional Facebook Platform Policies. Facebook reserves the right to reject or remove advertising that we deem contrary to our ad philosophy. These guidelines are subject to change at any time and Facebook may waive any of these guidelines at its discretion.

For further information, please visit
www.facebook.com/ad_guidelines.php

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

1. **Accounts**

   a.  Advertisers cannot create or manage multiple Facebook accounts for advertising purposes unless given permission by Facebook to do so.

   b. Advertisers cannot programmatically automate the creation of accounts or ads unless given permission by Facebook to do so.

2. **Landing pages / Destination URLs**

   a. Ads that contain a URL or domain in the body must link to that same URL or domain.

   b. Ads must send users to the same landing page when the ad is clicked.

   c. Landing pages cannot generate a pop-up (including "pop-overs" and "pop-unders") when a user enters or leaves the page.

   d. Landing pages cannot use "fake" close behavior (ie. when a user clicks the 'close' icon on the page, the page should close down and no other behavior should result).

   e. Landing pages cannot utilize "mouse trapping" whereby the advertiser does not allow users to use their browser "back button" and traps them on their site and/or present any other unexpected behavior (for example: navigation to another ad or page).

   f. Ads cannot require viewers to click on the ad to submit Personally Identifiable Information (such as name, date of birth, phone numbers, social security number, physical addresses, or email addresses) on the landing page or in the ad, except to enable an ecommerce transaction and where the ad and landing page clearly indicate that a product is being sold.

3. **Facebook references**

   a. The following conditions apply to all ads that have a Facebook Page, application, event, group, or Connect site as its destination, except as otherwise specifically permitted to those subject to the Branding and Promotion Policy section of the Platform Policies:

   i. Ads may make limited references to "Facebook" in its title, body, or image for the purposes of clarifying the destination of the ad;

   ii. Ads cannot imply any endorsement of the

product, service, or ad destination by Facebook.

   b.  All other ads, destination ads, and landing pages must adhere to the following restrictions:

   i. Ads cannot mention or refer to Facebook, its site or its brand in any manner, including in the title, body, image, or destination URLs;

   ii. Ads cannot use Facebook logos, trademarks, or site terminology (including but not limited to Facebook, The Facebook, FacebookHigh, FBook, FB, Poke, Wall, and other company graphics, logos, designs, or icons);

   iii. Facebook site features cannot be emulated.

4. **Ad Copy and Image Content**

   a. Ads must directly relate to the content on the landing page.

   b. Ads must clearly represent the company, product, or brand that is being advertised. Products or services promoted in the ad must be directly available on the landing page.

   c. Ads must not include unsubstantiated claims, including but not limited to prices, discounts or product availability.

   d. Ads cannot insult, harass, or threaten a user.

   e. Ads must not contain audio that plays automatically, without a user's interaction. Any automated animation must cease after 15 seconds and must  not replay.

5. **Prohibited Content**

   a. Ads must not be false, misleading, fraudulent, or deceptive.

   b. Ads will not be permitted in cases where a business model or practice is deemed unacceptable or contrary to Facebook's overall advertising philosophy.

   c. Ads, or categories of ads, which receive a significant amount of negative user feedback, or are otherwise deemed in violation of community standards will not be permitted.

   d. Ads cannot contain, facilitate, promote, or reference the following:

   i. Offensive, profane, vulgar, obscene or inappropriate language;

   ii. Obscene, defamatory, libelous, slanderous and/ or unlawful content;

   iii. Tobacco products;

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

iv. Ammunition, firearms, paintball guns, bb guns, or weapons of any kind;

v. Gambling, including without limitation, any online casino, sports books, bingo, or poker without authorization from Facebook;

vi. Scams, illegal activity, or chain letters;

vii. Contests and sweepstakes unless given permission by Facebook to do so; if permission is given, you are subject to Facebook's Promotions Guidelines;

viii. Get rich quick and other money making opportunities that offer compensation for little or no investment, including "work from home" opportunities positioned as alternatives to part-time or full-time employment or promises of monetary gain with no strings attached;

ix. Adult content, including nudity, sexual terms and/or images of people in positions or activities that are excessively suggestive or sexual, or provocative images in violation of community standards;

x. Adult friend finders or dating sites with a sexual emphasis;

xi. Adult toys, videos, or other adult products;

xii. Uncertified pharmaceutical products;

xiii. Spy cams or surveillance equipment;

xiv. Web-based non-accredited colleges that offer degrees;

xv. Inflammatory religious content;

xvi. Politically religious agendas and/or any known associations with hate, criminal and/or terrorist activities;

xvii. Content that exploits political agendas or uses "hot button" issues for commercial use regardless of whether the advertiser has a political agenda;

xviii. Hate speech, whether directed at an individual or a group, and whether based upon the race, sex, creed, national origin, religious affiliation, marital status, sexual orientation, gender identity, or language of such individual or group;

vxix. Content that advocates against any organization, person, or group of people, with the exception of candidates running for public office;

xx. Content that depicts a health condition in a derogatory or inflammatory way or misrepresents a health condition in any way.

**6   Data and Privacy**

a. You may not give data you receive from us to any third party, including ad networks.

b. Unless authorized by us, your ads may not display user data – such as users' names or profile photos – whether that data was obtained from Facebook or otherwise.

c. You may not use user data you receive from us or collect through running an ad, including information you derive from your targeting criteria, for any purpose off of Facebook, without user consent.

**7.   Targeting**

a. Any targeting of ads based on a user attribute, such as age, gender, location, or interest, must be directly relevant to the offer, and cannot be done by a method inconsistent with privacy and data policies.

b. Ads with adult themes, including contraception, sex education, and health conditions must be targeted to individuals at least 18 years old. Platform ads should do this via Demographic Restrictions, not by obtaining user data.

c. Ads for dating sites, services, or related content must follow these targeting criteria (does not apply to ads on Facebook Platform):

i. the Relationship Status targeting parameter must be utilized and set to Single;

ii. the Sex targeting parameter must be utilized and a single value of Male or Female must be selected;

iii. the Age targeting parameter must be utilized and the age range selected must start at least 18 years old;

iv. the Interested In targeting parameter must be utilized and a single value of either Men or Women must be selected.

**8.   Prices, discounts, and free offers**

a. Ads cannot be deceptive or fraudulent about any offer made.

b. If an ad includes a price, discount, or 'free' offer,

i. the destination URL for the ad must link to a page that clearly and accurately offers the exact deal the ad has displayed;

ii. the ad must clearly state what action or set of actions is required to qualify for the offer.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

**9. Subscription Services**

**a.** The advertisement of Subscription Services must comply with the conditions noted below and as determined by Facebook in its sole discretion. "Subscription Services" may include sites that promote downloading ringtones, games, or other entertainment services or any site that induces a user to sign up for recurring billing of a product or service.

i. The ad must clearly state what action or set of actions is required to qualify for the offer. If the user must subscribe to a service, the service and offer requirements must both be stated in the ad.

ii. The recurring subscription must be consistent with what is promoted in the ad copy.

iii. At a minimum, the promoted website must clearly and accurately display the price and billing interval (such as per week or once per month) on the landing page as well as any page that prompts a user for Personally Identifiable Information (such as name, date of birth, phone number, social security number, physical addresses, or email addresses) or billing information (including, but not limited to, mobile phone number or credit card number).

iv. If users sign up for the service by transmitting a code by text message, the price and billing interval must be clearly and prominently displayed beside the code.

v. If the service is a subscription, the website must provide a prominent opt-in checkbox or other clear mechanism indicating that the user knowingly accepts the price and subscription service. This should be on the first page where the user enters personal data, and the user should not be able to proceed without opting in.

vi. All of the foregoing items should be located in a prominent place on your webpage, as determined by Facebook in its sole discretion, and should be easy to find, read, and understand.

**10. Ads for Alcoholic Beverages**

**a.** To the extent permitted by law and these guidelines, ads may only be targeted to the following age groups:

i. 25 years or older in India and Sweden;

ii. 21 years or older in US;

iii. 20 years or older in Japan;

iv. 19 years or older in Canada;

v. 18 years or older in Australia, Denmark, Finland, France, Italy, Ireland, Germany, Greece, Malaysia, Netherlands, Singapore, Spain, Turkey and the UK; or

vi. 21 years or older in any country not listed above.

**b.** All ads must:

i. Be age and country targeted (where a user's age or country cannot be determined, the ad cannot be displayed to the user in question);

ii. Comply with all local required or recommended industry codes, guidelines, notice and warnings, licenses and approvals; and

iii. List your permanent address if required by local law.

**c.** No ads may ever:

i. Include content (including but not limited to celebrities, characters, imagery, or the depiction of situations) that is intended to appeal to anyone younger than the permissible targeted age group or is otherwise associated with youth culture (this could include, by way of example only, implying that the consumption of alcoholic beverages is fashionable or the accepted course of behavior for those who are underage);

ii. Portray or be targeted at pregnant or nursing women;

iii. Contain ad creative that includes any person that is or appears to be under the age of 25 or is otherwise suggestive of the presence of anyone younger than the permissible targeted age group;

iv. Be untruthful or misleading about alcoholic beverages, their use, effects or properties;

v. Portray people consuming or encourage people to consume alcohol rapidly, in excess, or irresponsibly;

vi. Portray abstinence from alcohol consumption or moderate alcohol consumption negatively;

vii. Portray or promote intoxication or make references to the intoxicating effects of alcohol;

viii. Portray the strength of the alcoholic beverage being advertised as positive property;

ix. Portray the consumption of alcoholic beverages as causing or contributing to the achievement of personal, business, social, sporting, sexual or other success;

x. Portray alcoholic drinks as being healthy, offering medical or therapeutic benefits, aiding relaxation, alleviating individual or collective problems, or having other benefits;

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

xi. Associate the operation of any vehicle or engagement in any sport or potentially hazardous activity as having taken place during or after the consumption of alcohol;

xii. Associate violent, dangerous or antisocial behavior with the consumption of alcohol;

xiii. Promote any alcoholic beverage tastings, giveaways of alcoholic beverages, or other giveaways as a reward for purchasing alcoholic beverages;

xiv. Advertise any beverage with more than 22% alcohol by volume if targeted to users in Finland; or

xv. Target any users (irrespective of age) in Afghanistan, Brunei, Bangladesh, Egypt, Kuwait, Norway, Saudi Arabia, United Arab Emirates, Yemen or any other market where such ads are prohibited.

**d.** It is recommended that all ads contain text that promotes drinking responsibly (for example "Drink Responsibly", "Drink Smart" or other similar text customarily used in the targeted market).

## 11. Copyrights and trademarks

**a.** Ads cannot include any content that infringes upon the rights of any third party, including copyright, trademark, privacy, publicity or other personal or proprietary right.

**b.** The advertiser must have intellectual property rights to the creative and be permitted to display such creative as advertising on the Facebook Site.

## 12. Spam

**a.** Ads cannot contain, facilitate or promote 'spam' or other advertising or marketing content that violates applicable laws, regulations or industry standards.

## 13. Incentives

i. Ads cannot offer incentives to viewers for clicking on the ad, for submitting Personally Identifiable Information (such as name, date of birth, phone number, social security number, physical addresses, or email addresses), or for performing any other tasks.

## 14. Downloads

**a.** Ads must not contain or link directly or indirectly to a site that contains spyware/malware downloads, whether initiated automatically or manually by the user, or other auto-initiated downloads.

**b.** Ads cannot contain or link to a site that facilitates or promotes:

i. Collection of demographic and usage information from a user's computer without the user's express consent;

ii. Collection or request of Facebook usernames or passwords from any user;

iii. Proxying Facebook usernames or passwords for the purpose of automating logins to the Facebook site;

iv. Any software that results in an unexpected user experience, including but not limited to software which (i) "sneaks" onto a user's system and performs activities hidden to the user, (ii) may alter, harm, disable or replace any hardware or software installed on user's computer without express permission from the user, (iii) is bundled as a hidden component of other software whether free or for fee, (iv) automatically downloads without Facebook's express prior approval, (v) presents any download dialog boxes without a user's express action, or (vi) may violate or infringe upon the intellectual property rights of any third party, including copyright, trademark, patent or any other proprietary right.

The following sections do not apply to ads on Facebook Platform

## 15. Grammar, sentence structure, spelling, and spacing

**a.** Ad text must be grammatically correct and contain proper sentence structure.

**b.** Ad text must be in complete sentences.

**c.** Ads cannot include excessive repetition (such as "buy, buy, buy").

**d.** Ads must use correct spelling.

**e.** Ad text must include grammatically correct spacing.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

### 16. Capitalization

**a.** Ads must use proper, grammatically correct capitalization (such as capitalizing the first letter of all proper nouns and capitalizing the title of the ad).

**b.** Ads cannot include excessive capitalization (such as "FREE") or incorrect capitalization (such as capitalizing the first letter of every word in a sentence).

**c.** Acronyms may be capitalized.

### 17.   Punctuation

**a.**   Ads must include logical, correct punctuation.

**b.** Ads cannot contain repeated and unnecessary punctuation (such as "Buy now!!!").

**c.** All complete sentences (including if the ad title is a complete sentence) must end with a single punctuation mark. Sentences cannot end with ellipses, dashes, etc.

**d.** Exclamation points cannot be used in the title of any ad.

### 18. Symbols

**a.** The use of all symbols, numbers, or letters must adhere to the true meaning of the symbol.

**b.** Ads cannot contain repeated and unnecessary symbols.

**c.** Symbols cannot be used for the following:

i.   To substitute for letters (e.g. "Save" instead of "save");

ii.  To substitute for entire words (e.g. "&" instead of "and" or "$" instead of "cash/dollars/money");

iii. As unnecessary abbreviations to shorten character count (e.g. "w/" instead of "with" or "@" instead of "at").

**d.** Symbols may be used for the following:

i.   If the symbol is part of the product or brand name;

ii.  If the $ symbol is paired with a dollar amount (e.g. "Save $100 today");

iii. If the # symbol is used for comparative phrases (e.g. "Voted the #1 site by NY Times").

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.