Case3:12-cv-01216-RS Document156-2 Filed10/15/13 Page1 of 11

# User Guide for the Ads Create Tool

© 2012 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

# User Guide for the Ads Create tool
| | |
|---|---|
| **Ads and Sponsored Stories, Optimized for You** | **1** |
| **Choose what to advertise: Page, app, event, or website off of Facebook** | **1** |
| **Advertise a Page** | **2-3** |
| Get More Page likes | 2 |
| Promote Page Posts | 3 |
| Advanced Options | 3 |
| **Advertise an App** | **4-5** |
| Get New Users | 4 |
| Increase App Engagement | 5 |
| Advanced Options | 5 |
| **Advertise an Event** | **6** |
| Increase Invites | |
| Advanced Options | |
| **Advertise an External Website** | **7** |
| **Choosing Your Audience** | **8** |
| Location, Age and Gender | |
| Precise Interests | |
| Broad Categories | |
| Connections | |
| **Advanced Targeting Options** | **9** |
| Relationship | |
| Languages | |
| Education | |
| Workplaces | |
| **Campaign, Pricing and Schedule** | **9** |

# Ads and Sponsored Stories, Optimized for You

Now, we're making it easier for you to create a group of ads and sponsored stories that are optimized to meet your goal. When you advertise a Page, app or event we'll suggest sponsored stories along with your regular ad. This group of ads and sponsored stories is optimized to help people discover your business through their friends. You can opt out of any ad type you don't want and no increase in budget is required. You'll see both your ads and sponsored stories in the Ads Manager. The formats that are doing the most to help you reach your goal will automatically get more of the budget you added when you set up your ad.

Start by choosing the destination you want to advertise, like a Page, app, event, or external website.



## Advertise a Page

When advertising an app, you will see the following three options:

1. Get More Page Likes – Build a bigger audience.
2. Promote Page Posts – Get people to see and engage with your important messages.
3. Advanced Options – Configure advanced creative and pricing options, such as bidding for clicks (CPC).



### 1. Get More Page Likes

If you choose this option, you'll be asked to design your ad including headline, body text and image. The preview of your ad will show on the right.

The headline will always be your Page name. This is because it's important for people to understand what they're connecting with when they click the Like button on your ad. The image for your Page will be pre-selected, but you can also upload your own image. Images will display at 100 x 72 pixels.

You have 90 characters to customize the text field for your ad.



Sponsored stories are automatically created to help you reach your goal of getting more people to like your Page. You'll be able to see the different sponsored story types below the ad section you've just customized. You'll also see a preview of a sponsored story.

No additional budget is required to get sponsored stories. They will share whatever, budget you set in the pricing section and will be optimized to help you meet your goal to get more people to like your Page. Sponsored stories are the best way to spread your Page through word of mouth marketing.



## 2. Promote Page Posts

If you choose this option you'll have the option of selecting a specific post, or automatically promote your most recent post, giving you increased reach for each post. The ad preview on the right will show you what your ad will look like to your audience.

Automatically promoting your most recent post allows you to increase engagement with your posts without the need to return to the ads create tool multiple times.

Below your ad, you will notice that the recommended sponsored story is already prepared for you. If included, sponsored stories will not require any additional budget, but will share budget with your current ad to deliver the best possible advertising to your customers. Sponsored stories are the best way to spread your Page through word of mouth marketing.

You'll see three different types of sponsored stories that are optimized to help you get more engagement on your Page posts. Friends of the people who have taken any of these actions are eligible to see this story if they are in your target audience.

1. People liking your Page post
2. People commenting on your Page post
3. People sharing your Page post

## 3. Advanced Options



The Advanced Options will allow you to see all creative and bidding options in one place. This is consistent with the previous experience of our Ads Create tool and may look familiar to our most experienced advertisers. If you wish to toggle your bidding options between CPM and CPC, this flow will allow that.

## Advertise an App

When advertising an app, you will see the following three options:

1. Get New Users – Your ad will show to people who are more likely to install your app.

2. Increase App Engagement – Your ad will show to people who are more likely to engage with your app.

3. Advanced Options – Configure advanced creative and pricing options, such as bidding for clicks (CPC)



### 1. Get New Users

Once you've selected your option, you'll be asked to design your ad including headline, body text and image. The preview of your ad will show on the right.

If the user who sees this ad has a friend using this app, their friend will show in the Social Context of that ad, increasing the likelihood of that user to click or engage with your app.



## 2. Increase App Engagement

Below your ad, you will notice that the recommended sponsored story is already prepared for you. If included, sponsored stories will not require any additional budget, but will share budget with your current ad to deliver the best possible advertising to your customers. Sponsored stories are the best way to spread your app through word of mouth marketing.

You will see options to include two different types of sponsored stories. Friends of people who have taken any of these actions are eligible to see this story if they are in your target audience.

1. Shares of your app
2. People using your app

## 3. Advanced Options

The Advanced Options will allow you to see all creative and bidding options in one place. This is consistent with the previous experience of our Ads Create tool and may look familiar to our most experienced advertisers. If you wish to toggle your bidding options between CPM and CPC, this flow will allow that.



## Advertise an Event

When advertising an event, you'll see the following two options:

1. Increase Invites – Your ad will show to people who are more likely to join your event

2. Advanced Options – Configure advanced creative and pricing options, such as bidding for clicks (CPC)

### 1. Increase Invites

If you choose this option, you'll be asked to design your ad including headline, body text and image. The preview of your ad will show on the right.

Below your ad, you will notice that the recommended sponsored story is already prepared for you. If included, sponsored stories will not require any additional budget, but will share budget with your current ad to deliver the best possible advertising to your customers. Sponsored stories are the best way to spread your app through word of mouth marketing.



When people RSVP to your event, they will be eligible to appear in your sponsored stories. Friends of people who have RSVP'd will be eligible to see these stories if they are in your target audience.



### 2. Advanced Options

The Advanced Options will allow you to see all creative and bidding options in one place. This is consistent with the previous experience of our Ads Create tool and may look familiar to our most experienced advertisers. If you wish to toggle your bidding options between CPM and CPC, this flow will allow that.



# Advertise an External Website

When advertising an external website, you'll be asked to design your ad including headline, body text and image. The preview of your ad will show on the right.

You will also see an additional checkbox to include social activity about your domain. If the external website you are advertising is also listed as the website for a Page, app or event on Facebook (in the Page's Info section) your ad will be eligible to include context about activity people have taken with your object, such as liking your Page, using your app or attending your event. This context will be shown to the friends of these people if they are in your target audience.



Below your ad, you will notice that the recommended sponsored story is already prepared for you. If included, sponsored stories will not require any additional budget, but will share budget with your current ad to deliver the best possible advertising to your customers. Sponsored stories are the best way to spread your website through word of mouth marketing.

When people share links from your website, they will be eligible to appear in your sponsored stories. Friends of people who have shared these links will be eligible to see these stories if they are in your target audience.



## Choosing Your Audience

After choosing your ads and sponsored stories, you will be able to identify the best audience to target. As you make selections for your audience, you will notice an audience size estimation to the right indicating the total number of people in your target audience. This is the total number of people your ad will have the opportunity to reach if your bid and budget are high enough.



**Location, Age** and **Gender** allow you to choose the basic demographics of the audience you want to reach.



**Precise Interests** allow you to choose specific interests that are important to your audience. These are determined by what people are connected to on Facebook, such as Pages and apps.

**Broad Categories** allow you to select broader groups of people, based on their Activities (ex: Cooking), Family Status (ex: Parents) or Music genres (ex: Alternative). These are determined by what people are connected to on Facebook, such as Pages and apps.



Use **Connections** to select your audience based on whether or not they are connected to any of your Pages, apps or events. Anyone who has a friend connected to what you're advertising will see their friend included in your ad. This can increase the likelihood that they'll find your ad relevant enough to click or engage with it.

Selecting multiple options in this section will limit your audience to people who only fall under each parameter. For example, if you wish to target your Fans and Friends of Fans, you will need to do so using two separate ads, one for Fans and one for Friends of Fans. Selecting both parameters for one ad will target only users who are Fans and have friends who are Fans.

## Advanced Targeting Options

Click on **advanced targeting options** to see more ways you can target your audience.

**Relationship** options allow you to select the sexual preference of your audience (for people who have indicated this preference on Facebook) and the Relationship status relevant for your campaign (ex: Engaged). Not everyone lists a Relationship status on Facebook, so the only way to target everyone is to select 'All.'

**Languages** option allows you to target a specific spoken language within your target audience.

**Education** allows you to select the education level or your desired audience (ex: In College).

**Workplaces** allows you to select the workplace of your desired audience (for users who have indicated this on Facebook)




## Campaign, Pricing and Schedule

Name your campaign, select your budget and set the schedule for your campaign. Unless you've chosen Advanced Options in the goals section, you'll pay for impressions (CPM). These impressions will be optimized so your ad shows to the people most likely to help you reach your goal. For example, if you want more people to install your app, your ad will be shown to the people who are most likely to install your app.

Don't forget to place your order or review your ad so you can start reaching your audience!