KOREIN TILLERY, LLC
STEVEN A. KATZ
(SKatz@koreintillery.com)
AARON M. ZIGLER
(AZigler@koreintillery.com)
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625
Telephone:   (314) 241-4844
Facsimile:   (314) 241-3525

Attorneys for Plaintiffs

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.M.D., by his next friend Jennifer E. DeYong, T.A.B. by her next friend Patricia A. Isaak, H.E.W. & B.A.W., by their next friend Jami A. Lemons, and A.D.Y. & R.P.Y., by their next friend Robert L. Young, Jr., and R.R.C., by her next friend Robyn S. Courtway, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 12-CV-01216-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom:  3 – 17th Floor<br>Judge:        Hon. Richard Seeborg<br>Trial Date:  None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER
RE:  BRIEFING SCHEDULE
CASE NO. 12-CV-01216-RS

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Facebook, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully stipulate and agree, subject to Court approval, to modify the response deadline and briefing schedule for Facebook's anticipated Motion to Dismiss the Second Amended Complaint, extending each deadline by no more than one week. In support of this Stipulation, the Parties state as follows:

1. On September 30, 2013, the Court issued an Order Lifting Stay and Denying Motion to Dismiss Without Prejudice as Moot. The Court's Order called for Plaintiffs to file an amended complaint within two weeks of the date of the order.

2. Plaintiffs filed their Second Amended Complaint on October 15, 2013.

3. Pursuant to the Federal Rules of Civil Procedure and Civil Local Rules, currently Facebook's response to the Second Amended Complaint, including any motion to dismiss, is due on or before November 1, 2013; Plaintiffs' Opposition to Facebook's motion to dismiss is due on or before November 15, 2013; and Facebook's reply in support of its motion to dismiss is due on or before November 22, 2013.

4. The Parties agree that a modest extension of these deadlines would be reasonable, and can be accomplished without affecting any hearing date, or any other deadline, in the case.

5. The requested change to the briefing schedule is sought in good faith and not for purposes of delay.

Now therefore, the Parties hereby stipulate and agree as follows, subject to Court approval:

1. Facebook's response to the Second Amended Complaint, including any motion to dismiss, will be due on or before Tuesday, November 5, 2013.

2. Plaintiffs' opposition to Facebook's motion to dismiss the Second Amended Complaint will be due on or before Tuesday, November 26, 2013.

3. Facebook's reply in support of its motion to dismiss the Second Amended Complaint will be due on or before Tuesday, December 10, 2013.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. & [PROPOSED] ORDER
RE: BRIEFING SCHEDULE
CASE NO. 12-CV-01216-RS

Dated: October 22, 2013　　　　　　　　COOLEY LLP

/s/ Matthew D. Brown
Matthew D. Brown

Attorneys for Defendant Facebook, Inc.

Dated: October 22, 2013　　　　　　　　KOREIN TILLERY

/s/ Aaron M. Zigler
Aaron M. Zigler

Attorneys for Plaintiffs

[**PROPOSED**] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October  22 , 2013

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. & [PROPOSED] ORDER
RE: BRIEFING SCHEDULE
CASE NO. 12-CV-01216-RS