**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.M.D., et al., | No. C 12-1216 RS |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FACEBOOK, INC., | |
| Defendant. | |

Pursuant to the order issued this date granting defendants' motion to dismiss, without leave to amend, judgment is hereby entered in favor of defendant and against plaintiffs in this action.

IT IS SO ORDERED.

Dated: 3/26/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE