FILED

UNITED STATES COURT OF APPEALS

OCT 23 2015

FOR THE NINTH CIRCUIT


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| C.M.D., by his next friend, Jennifer E. De Young; T.A.B., by her next friend, Patricia A. Isaak; A.D.Y., by next friend, Robert L. Young; R.P.Y., by next friend, Robert L. Young; H.E.W., by next friend, Jami A. Lemons; B.A.W., by next friend, Jami A. Lemons; R. R. C., by her next friend, Robyn S. Courtway,<br><br>          Plaintiffs - Appellants,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>          Defendant - Appellee. | No. 14-15603<br><br>D.C. No. 3:12-cv-01216-RS Northern District of California, San Francisco<br><br><br>ORDER DENYING MOTION FOR CERTIFICATION OF QUESTIONS TO THE CALIFORNIA SUPREME COURT |

Before: W. FLETCHER, BERZON, and BEA, Circuit Judges.

C.M.D.'s motion for certification of questions to the California Supreme

Court is **DENIED**.